FILED MAR 17 2023
FOR MAILING

UNITED STATES DISTRICT COURT MIDDLE DISTRICT
OF FLORIDA FORT MYERS DIVISION

MATTHEW LEVI FAISON,
   Plaintiff,

v.

SUNDANCE, et al.,
   Defendant(s)

Case No.: 2:99-cv-00569-JES/SPC

MOTION AUTHORITY FOR NOTICE OF INQUIRY

Motion is pursuant to the authority via Clerk of Court power, to inform the movant, the progress in, the following attached motion.

Define in Fed. R. P. 7054(b):

Id. See, Pettie v. PBC Mortg. Co., 2019 Bankr. LEXIS 2883 (in re Jackson v. PBC Mortg.):

. The inquiry is a motion filed on the 26th of October 2022, title, The Power of Magistrate Judge to Order the Clerk of Court To Furnish the Plaintiff Copies of all the Documents.

Exhibit "A" Attached:

UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF
FLORIDA FORT MYERS DIVISION

LEGAL MAIL
Provided to
Wakulla CI

OCT 26 2022

FOR MAILING

EXHIBIT "A"

CASE NO.: 2:99-CV-00569-JES-SPC

MATTHEW LEVI FAISON,
    Plaintiff,

VS.

SUNDANCE LAND CORP.,
    et al.,
    Defendant(s)

THE POWER OF MAGISTRATE JUDGE TO ORDER THE CLERK OF COURT TO Furnish THE Plaintiff COPIES OF all THE DOCUMENTS

COMES NOW, Respectfully The movant pro se, Matthew L. Faison, moves the court pursuant to Rule 10 (28 U.S.C. 636), OF the Asserted reasons state's hereafter:

A. THE Hold ENTIRE DOCUMENTS And THE DOCKET SHEET via [DOC. NO. 1] IS NEEDED

(*) Fed. R. App. P. 45 (b)(1) The Docket::

Wherefore, The movant believe he is entitle to redress, And prays in good faith swift impact.

Matthew Levi
Signature of
Applicant movant

Dated this 26th
day of October
2022.